<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2319**

———————

DAVID ADOFO KISSI,

Plaintiff - Appellant,

versus

U.S. SMALL BUSINESS ADMINISTRATION,

Defendant - Appellee.

———————

**No. 99-2320**

———————

DAVID ADOFO KISSI,

Plaintiff - Appellant,

versus

C. LAWRENCE WISER,

Defendant - Appellee.

———————

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-99-1228-WMN, CA-99-1811-WMN)

———————

Submitted:  January 20, 2000        Decided:  January 28, 2000

———————

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Adofo Kissi, Appellant Pro Se.  Lynne Ann Battaglia, United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Kissi appeals the district court's orders granting the U.S. Small Business Administration's motion to dismiss and denying Kissi's motion to reconsider dismissal of his civil action against C. Lawrence Wiser.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court and deny Kissi's motion to appoint counsel.  See Kissi v. U.S. Small Bus. Admin., Nos. CA-99-1228-WMN; CA-99-1811-WMN (D. Md. Sept. 14, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED